**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLENN WILLIAMS and KATHY FREEMAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>    Defendants. | Case No. 1:18-cv-06015<br><br>Honorable Jorge L. Alonso<br><br>Honorable Susan E. Cox<br>Magistrate Judge |

**PLAINTIFFS' MOTION TO QUASH SERVICE
AS TO SELECT PORTFOLIO SERVICING, INC.**

NOW COME, GLENN WILLIAMS and KATHY FREEMAN, individually, and on behalf of all others similarly situated, ("Glenn" individually, "Kathy" individually, the "Plaintiffs" collectively), through their attorneys, SULAIMAN LAW GROUP, LTD. move this Court to Quash Service as to SELECT PORTFOLIO SERVICING, INC ("SPS"). In support thereof, Plaintiffs states as follows:

1. On August 31, 2018, Plaintiffs initiated this class action by filing a complaint alleging willful and/or negligent violations of the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681 *et seq*. and the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 *et seq*.

2. On September 7, 2018, Plaintiffs served Select Portfolio Servicing, Inc. with an incorrect summons and/or complaint.

WHEREFORE, Plaintiffs request this Court grant Plaintiffs' Motion to Quash Service as to Select Portfolio Servicing, Inc., and grant any other relief deemed appropriate and equitable.

Dated: October 3, 2018

Respectfully submitted,

**GLENN WILLIAMS and KATHY FREEMAN, individually, and on behalf of all others similarly situated**

By: */s/ Joseph Scott Davidson*

Joseph Scott Davidson
Mohammed Omar Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com