# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLENN WILLIAMS and KATHY FREEMAN, individually, and on behalf of all others similarly situated, | Case No.: 1:18-cv-06015 |
| Plaintiffs, | Honorable Judge Jorge L. Alonso |
| v. | Honorable Susan E. Cox<br>Magistrate Judge |
| SELECT PORTFOLIO SERVICING, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, GLENN WILLIAMS and KATHY FREEMAN and the Defendant SELECT PORTFOLIO SERVICING, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant SELECT PORTFOLIO SERVICING, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 25, 2019    Respectfully Submitted,

| | |
|---|---|
| GLENN WILLIAMS AND KATHY FREEMAN | SELECT PORTFOLIO SERVICING, INC. |
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>*Counsel for Plaintiffs*<br>Sulaiman Law Group, LTD.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>mbadwan@sulaimanlaw.com | */s/ Derek K. Mountford (with consent)*<br>Derek K. Mountford<br>*Counsel for Defendant*<br>Holland & Knight, LLP<br>50 N. Laura Street<br>Jacksonville, Florida 32202<br>Phone: (904) 798-5467<br>derek.mountford@hklaw.com |